```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

TERESA HODGE,                         )
                                      )
            Plaintiff,                )
                                      )
      v.                              )    1:18CV206
                                      )
ANDREW SAUL,                          )
Commissioner of Social Security,      )
                                      )
            Defendant.                )

## ORDER

On August 9, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 19) within the time limit prescribed by Section 636, and the Commissioner has responded (Doc. 20).

The court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 17), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, Plaintiff's Motion for Summary Judgment (Doc. 13) is DENIED, Defendant's Motion for Judgment on the Pleadings (Doc. 15) is GRANTED, and that this action is DISMISSED.

September 19, 2019

                              /s/   Thomas D. Schroeder
                              United States District Judge